IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02641-RPM

HILLCREST BANK, N.A.

     Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
a Nebraska corporation,

     Defendant.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that  a scheduling conference will be held on **January 10, 2012, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 5, 2012.**

     The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

     Dated: November 9th , 2011

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Senior District Judge