IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02641-RPM

NBH BANK, N.A.,

      Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
a Nebraska corporation,

      Defendant.

---

### ORDER DENYING MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

---

Upon consideration of Defendant's motion for leave to file a third-party complaint [19], filed June 14, 2012, Plaintiff's response filed on June 21, 2012, and Defendant's reply filed June 22, 2012, it is

ORDERED that the Defendant's motion for leave to file third-party complaint is denied as untimely.

Dated: June 29th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        Richard P. Matsch, Senior District Judge