IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02641-RPM

NBH BANK, N.A.,

      Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
a Nebraska corporation,

      Defendant.

## ORDER FOR HEARING

Upon consideration of Defendant's unopposed motion to extend deadlines [26] filed June 27, 2012, it is

ORDERED that the extensions requested appear to be unreasonable. Accordingly, the motion will be set for hearing.

Dated: June 29th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge