IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02641-RPM

NBH BANK, N.A.,

    Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
a Nebraska corporation,

    Defendant.

---

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

---

    Upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint [35] filed November 6, 2012, and Defendant's Notice Regarding Plaintiff's Motion for Leave to File Second Amended Complaint [37] filed November 27, 2012, it is

    ORDERED that plaintiff's motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

    Dated: November 28th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge