IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02641-RPM

NBH BANK, N.A.,

    Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
a Nebraska corporation,

    Defendant.

---

ORDER MODIFYING DEADLINES PENDING MEDIATION

---

Upon consideration of the Joint Motion for Modification of Deadlines Pending Mediation [41], it is

ORDERED that the motion is granted and the deadlines are modified as follows:

1. Fact discovery deadline: July 1, 2013,

2. Expert disclosure deadline: August 15, 2013,

3. Dispositive motion deadline: October 15, 2013,

4. Expert discovery deadline: December 31, 2013.

Dated: March 7th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge