IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02641-RPM

NBH BANK, N.A.,

     Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation,

     Defendant.

_____

### ORDER RE: STIPULATION OF DISMISSAL
_____

     Pursuant to the stipulation of dismissal of the Plaintiff NBH Bank, N.A. ("NBH") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), all claims asserted by NBH against Commonwealth, are dismissed with prejudice, with each party to bear its own costs and expenses, including any attorneys' fees.

     Dated this 10th day of July, 2013.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge